# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

155239(62)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 155239
                                     COA: 332946

JONATHAN DAVID HEWITT-EL, a/k/a
JONATHAN DAVID HEWITT,
      Defendant-Appellant.
                                     Wayne CC: 10-002907-FC
_____/

       On order of the Chief, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The brief will be accepted as timely filed if submitted on or before December 8, 2017.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2017



Clerk